IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  09-cv-00648-RPM

NORFOLK SOUTHERN RAILWAY COMPANY,

      Plaintiff,

v.

SUPERLOADS, INC.,

      Defendant.

_____

## ORDER OF RECUSAL
_____

      Because my wife holds stock in plaintiff Norfolk Southern Corporation, there is a

disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

      ORDERED that the Clerk of Court shall reassign this civil action.

      DATED:   March 25, 2009

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge