IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00648-WYD-MJW

NORFOLK SOUTHERN RAILWAY COMPANY,

      Plaintiff,

v.

SUPERLOADS, INC.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Unopposed Motion to Consolidate a Related Matter (docket #10), filed April 21, 2009, is **DENIED.** The motion was filed in the incorrect case. Counsel is directed to review and comply with D.C.COLO.LCivR 42.1. As set forth in the local rule, "[a] motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." Thus, the motion to consolidate must be filed in Civil Action No. 08-cv-01959-ZLW-MEH for a ruling by District Judge Weinshienk..

      Dated:  April 22, 2009

-1-